IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM T. CAREN,

    Plaintiff,

vs.                                    CASE NO. 4:07CV320-RH/AK

STATE OF FLORIDA, et al,

    Defendants.

                                 /

## O R D E R

Presently before the Court in the above entitled action is Defendants' Motion for Extension of Time to Respond to Complaint. (Doc. 13). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have thirty days from this date to respond to the complaint.

**DONE AND ORDERED** this  **6**<sup>th</sup>  day of December, 2007.

                                                s/ A. KORNBLUM
                                               **ALLAN KORNBLUM**
                                               **UNITED STATES MAGISTRATE JUDGE**