**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**WILLIAM CAREN,**

     **Plaintiff,**

**vs.**                                  **CASE NO. 4:07CV320-RH/AK**

**STATE OF FLORIDA, et al,**

     **Defendants.**

_____/


**O R D E R**

     Plaintiff moves for a sixty day extension of time "to submit discovery evidence," on the grounds that Plaintiff "has solicited responses from experts," which the Court understands to mean that he has already sought the discovery and needs sixty days to obtain it from these experts and submit it to the Court with his response to the pending motion for summary judgment.  (<u>See</u> Doc. 18).  As so construed, the motion is **GRANTED**, and Plaintiff shall have through **April 14, 2008**, to file his response to Defendants' Motion for Summary Judgment.

     **DONE AND ORDERED** this _ **14**<u>th</u> _ day of February, 2008.


                            _**s/ A. KORNBLUM**_          
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**