# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WILLIAM CAREN,

       Plaintiff,

v.                                                        CASE NO. 4:07cv320-RH/AK

CHARLIE CRIST, et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

      This matter is before the court on the magistrate judge's report and recommendation (document 22), to which no objections have been filed. The report and recommendation concludes that the plaintiff's complaint should be dismissed on a variety of grounds. I do not reach all of those grounds.

      As the report and recommendation correctly concludes, the plaintiff's claims for retrospective relief—if indeed the plaintiff seeks retrospective relief at all—are barred by Eleventh Amendment immunity. And as the report and recommendation also correctly concludes, the plaintiff has no standing to seek prospective relief, because he is not likely again to be subjected to the practice he challenges. *See*

*City of Los Angeles v. Lyons*, 461 U.S. 95, 102, 111, 103, S. Ct. 1660, 1665, 1670, 75 L. Ed. 2d 675 (1983) (holding that a person who had been subjected to a choke hold in the past had no standing to seek injunctive relief against the city's practice of using choke holds because there was not a "sufficient likelihood that he will again be wronged in a similar way").

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED on the grounds set forth in this order.  The clerk must enter judgment stating, "The complaint is dismissed with prejudice."  The clerk must enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  The clerk must close the file.

SO ORDERED on June 10, 2008.

                                                   s/Robert L. Hinkle
                                                   Chief United States District Judge